## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DOESHUN DOTSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-08-0897-HE |
| | ) | |
| H. E. LEDEZMA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Petitioner Doeshun Dotson, a federal prisoner appearing *pro se*, filed this action pursuant to 28 U.S.C. § 2241 seeking a writ of habeas corpus. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Doyle W. Argo, who has recommended that respondent's motion to dismiss the petition be granted and that the petition be dismissed without prejudice. The petitioner, by failing to object to the Report and Recommendation, has waived his right to appellate review. United States v. 2121 East 30th Street, 73 F.3d 1057, 1059-60 (10th Cir. 2006).

Accordingly, the court adopts the Report and Recommendation [Doc. #12]. Respondent's motion to dismiss [Doc. #11] is **GRANTED**. The petition for writ of habeas corpus is **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2009.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE